UNITED STATES of America, Plaintiff—Appellee,

v.

Levi H. WINSTON, Defendant— Appellant.

No. 08–7533.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 20, 2009.

Decided: March 11, 2009.

Levi H. Winston, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Levi H. Winston appeals the district court's order denying Winston's motion for reconsideration of the order finding him ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Winston,* No. 3:91–cr–00189–2 (S.D.W.Va. July 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*